## RECONSIDERATION DOCKET

**95–572.  Grafton v. Ohio Edison Co.**

Lorain App. No. 94CA005877.  Reported at 77 Ohio St.3d 102, 671 N.E.2d 241.  On motion for reconsideration.  Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for COOK, J.